**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CASE NO.: 2:24-cv-1682-RMG-KFM**

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) |
| | ) **PLAINTIFF'S ANSWERS TO** |
| | ) **LOCAL RULE 26.01** |
| **Plaintiff,** | ) **INTERROGATORIES** |
| | ) |
| **v.** | ) |
| | ) |
| **WESTON & SAMPSON ENGINEERS, INC. AND** | ) |
| **JASON ROBERTS, INDIVIDUALLY** | ) |
| | ) |
| **Defendants.** | ) |

The Plaintiff respectfully submits the following Answers to Local Rule 26.01 Interrogatories to the Court as follows:

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:** **NONE.**

(B) As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:** **Jury. Questions and fact of law exist**.

(C) State whether the party submitting these responses is a publicly owned company and separately identify (1) each publicly owned company of which it is a parent,

1

subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** **N/A.**

(D) State the basis for asserting your claim in the division in which it was filed.

**ANSWER:** **Jurisdiction is proper over these claims as there is a question of federal law, pursuant to 28 USC 1331.This Court has supplemental jurisdiction over the related state claims pursuant to jurisdiction granted by 28 USC 1367.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide. (1) a short caption and the full case number of the related action; (2) no explanation of how the matters are related; and (3) a statement of the status of the related action.

**ANSWER:** **None.**

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **N/A**

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER:** **N/A**

    (H)    [Parties or Intervenors in a Diversity Case.] In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:**  **N/A**

                        Respectfully Submitted,

                        JENNIFER MUNTER STARK, ESQ

                        By: *S/ Jennifer Munter Stark*
                        Jennifer Munter Stark, Esquire
                        Federal Bar No: 9364
                        501 Folly Road (29412)
                        Charleston, South Carolina
                        (843) 795-2525; (843) 795-2545 (f)
                        jmunterstarklaw@gmail.com
                        ***Attorney for Plaintiff***

Dated:4.4.24
Mount Pleasant, SC