IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br> vs. <br><br> WESTON & SAMPSON ENGINEERS INC AND JASON ROBERTS, <br><br> Defendant. | CASE NO: 2:24-cv-1682-RMG-KFM <br><br><br> **CONSENT MOTION FOR ADDITIONAL TIME** |

PLEASE TAKE NOTICE the Plaintiff, with consent of Defendant, moves the United States District Court for the District of South Carolina, Charleston Division, pursuant to Local Rule 6.01 and the Federal Rules of Civil Procedure for an Order permitting Plaintiff additional time to file a Response in Opposition to Defendant Weston & Sampson's Motion for Summary Judgment (ECF 7), filed by the Defendant on May 16, 2024. Counsel seeks additional time based upon competing deadlines and schedules. Plaintiff's response is presently due May 30, 2024. Therefore, counsel respectfully requests with consent of Defendant, an 11-day extension, up to and including June 10, 2024 to for Plaintiff to submit her Response to Defendant's Motion.

Respectfully submitted,

*s/Jennifer Munter Stark*
Jennifer Munter Stark, Esq. FID 9364
Jennifer Munter Stark, Esquire, LLC
210 Wingo Way #300
Mt. Pleasant, SC 29464
(843) 972-0004, 9843) 972-0006 (f)

jmunterstarklaw@gmail.com
ATTORNEY FOR PLAINTIFF

**WE CONSENT:**

*s/D. Randall Moody, Esq*
D. Randle Moody, II, Esq.  FID 7169
Laura A. Ahrens, Esq. FID 13396
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000
randy.moody@jacksonlewis.com
laura.ahrens@jacksonlewis.com
ATTORNEYS FOR DEFENDANT
WESTON & SAMPSON ENGINEERS, INC.

Mt. Pleasant SC
May 20, 2024