**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

**JANE DOE,**

Plaintiff,

vs.

**WESTON & SAMPSON ENGINEERS**
**INC AND JASON ROBERTS,**

Defendant.

**CASE NO: 2:24-cv-1682-RMG-KFM**

**PROPOSED CONSENT ORDER**
**GRANTING ADDITIONAL TIME**

Plaintiff has moved this Court for an Order permitting Plaintiff's counsel 11 additional days, up to and including June 10, 2024, to respond to the Defendant Weston and Sampson Engineers Inc.'s Motion to Dismiss (ECF 7) filed on May 16, 2024.

Defendant counsel does not oppose the Plaintiff's request for an extension of time of 11 days.

Therefore, for good cause shown, the Plaintiff's Motion is granted and the time to respond is extended up to and including June 10, 2024.

**IT IS SO ORDERED.**

_____

United States District Judge

Date:
Charleston, South Carolina