IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>v.<br><br>WESTON & SAMPSON,<br>AND JASON ROBERTS,<br><br>                Defendants. | C/A No. 2:24-cv-1682-RMG-KFM<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given of the entry of the undersigned as counsel for the defendant, Jason Roberts, in the above-entitled action. Pursuant to Fed. R. Civ P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

    **Deborah B. Barbier**
    **Deborah B. Barbier, LLC**
    **1811 Pickens Street**
    **Columbia, SC 29201**
    **(803) 445-1032**
    **dbb@deborahbarbier.com**

    Respectfully submitted,

    /s/ Deborah B. Barbier
    Deborah B. Barbier, LLC (#6639)
    1811 Pickens Street
    Columbia, South Carolina 29201
    (803) 445-1032
    (803) 445-1036
    dbb@deborahbarbier.com

    Attorney for Defendant Jason Roberts

Columbia, South Carolina
May 24, 2024