IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | C/A No. 2:24-cv-1682-RMG-KFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WESTON & SAMPSON, | ) | |
| AND JASON ROBERTS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF REQUEST FOR PROTECTION**

Deborah B. Barbier, counsel for the Defendant Jason Roberts, respectfully requests this Honorable Court's protection from being called to hearings or other Court appearances in this case from July 1, 2024 through July 11, 2024. Ms. Barbier has a prepaid family vacation out of the country during this time period. There are currently no court hearings or proceedings scheduled. Therefore, Ms. Barbier respectfully requests that no hearings or other Court appearances be scheduled in this case from July 1, 2024 through July 11, 2024.

Respectfully Submitted,

s/Deborah B. Barbier
Deborah B. Barbier (#6639)
DEBORAH B. BARBIER, LLC
1811 Pickens Street
Columbia, South Carolina 29201
803-445-1032
dbb@deborahbarbier.com

May 28, 2024

Columbia, SC