IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jane Doe,<br><br>  PLAINTIFF,<br>v.<br><br>WESTON & SAMPSON,<br>AND JASON ROBERTS.<br><br>  DEFENDANTS. | C/A NO. 2:24-cv-1682-RMG-KFM |

# CERTIFICATE OF SERVICE

The undersigned, of the law office of Deborah B. Barbier, does certify that on 5.28.2024, she did cause to have served via the Court's electronic filing system a copy of **NOTICE OF REQUEST FOR PROTECTION,** to counsel for all named parties in the above referenced matter.

May 28, 2024
              s/Deborah B. Barbier
              Deborah B. Barbier