IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jane Doe, | ) | |
| | ) | C/A No. 2:24-cv-1682-RMG-KFM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Weston & Sampson Engineers, Inc., | ) | |
| and Jason Roberts, individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT JASON ROBERTS' PARTIAL MOTION TO DISMISS**

Defendant Jason Roberts ("Defendant" or "Roberts"), by and through his undersigned attorney, files this Partial Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6). Specifically, Roberts moves to dismiss Plaintiff Jane Doe's ("Plaintiff") claims of defamation, intentional infliction of emotional distress, and tortious interference with contract against Roberts for failure to state a claim. The basis for the motion is set forth in the accompanying memorandum of law.

Respectfully submitted,

s/Deborah B. Barbier
Deborah B. Barbier (#6639)
DEBORAH B. BARBIER, LLC
1811 Pickens Street
Columbia, South Carolina 29201
803-445-1032
dbb@deborahbarbier.com

June 7, 2024

Columbia, SC