IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jane Doe, | ) | |
| | **)** | C/A No. 2:24-cv-1682-RMG-KFM |
| Plaintiff, | ) | |
| v. | ) | |
| | **)** | |
| Weston & Sampson Engineers, Inc., | ) | |
| and Jason Roberts, individually, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### DEFENDANT JASON ROBERTS' MOTION TO COMPEL PLAINTIFF TO PROCEED WITHOUT USING A PSEUDONYM AND TO AMEND HER COMPLAINT TO REFLECT HER NAME

Defendant Jason Roberts ("Defendant" or "Roberts"), by and through his undersigned attorney, files this Motion to Compel Plaintiff to Proceed Without Using a Pseudonym and to Amend her Complaint to Reflect her Name. Without receiving prior authorization from the Court, Plaintiff should not be allowed to proceed anonymously in litigating this action. The basis for this motion is set forth in the accompanying memorandum of law.

Respectfully submitted,


s/Deborah B. Barbier
Deborah B. Barbier (#6639)
DEBORAH B. BARBIER, LLC
1811 Pickens Street
Columbia, South Carolina 29201
803-445-1032
dbb@deborahbarbier.com


June 7, 2024