# EXHIBIT 2

**Redacted SC Workers' Compensation Commission Claim**

**South Carolina Workers' Compensation Commission**
1333 Main Street, Suite 500
P.O. BOX 1715
Columbia, SC 29202-1715
(803) 737-5723



WCC File #: 2207465
Carrier File #: E2G65611   J2
Carrier Code #: 127-1
Employer FEIN #: 20-1998367

Claimant's Name: Lauren Ballard
Address: 825 Midland Pkwy, Apt 508
City: Summerville   State: SC   Zip: 29485-8172
Home Phone: (828) 691-5030   Work Phone: ( )   -
Preparer's Name: Kristina Dickson   Law Firm:

Employer's Name: Weston & Sampson Inc.
Address: 55 Walkers Brook Dr, Ste 100
City: Reading   State: MA   Zip: 01867-3272
Insurance Carrier: National Fire Insurance Company Of Hartford
Preparer's Phone #: (877) 371-5121

| Compensation Paid: | Number of Weeks | From (m/d/yyyy) | To (m/d/yyyy) | Amount |
|---|---|---|---|---|
| 1. Number of Weeks T.T. | | | | $ |
| 2. Number of Weeks T.P. | | | | $ |
| 3. Number of Weeks P.P. | | | | $ |
| 4. Disfigurement | | | | $ |
| 5. Agreement and Final Release | | | | $ |
| Total Compensation Paid | | | | $ 0.00 |
| 6. Total Medical Benefits* Paid | | | | $ |
| 7. Funeral Benefits | | | | $ |

☒ Case Denied

Date of Injury: 03/31/2022 (m/d/yyyy)

By signing this receipt, I acknowledge that I have received the compensation shown above.

By: _____   By: _____   _____
Claimant              Employer's Representative        Date (m/d/yyyy)

Print or type the name of the person, other than the claimant, receiving benefits and sign below.

By: _____

**Report of Additional Fees and Recoupment**

A. Carrier Reimbursement by Third Party   $
B. Attorney's Fee Paid by Employer   $
C. Attorney's Fee Paid by Claimant
   (Non-contingent fees only)   $

File this form with the Claims Department according to R.67-414 and R.67-1204. A person, other than the claimant, receiving benefits should sign on the line provided. * Do not include as medical costs fees paid for expert testimony, fees for determining carrier's liability, costs of autopsy, birth and death certificates and impartial examination. Form 19 must be filed within 16 days of final payment of compensation. Form 19 must be filed when a claim is denied.

**WCC Form # 19**
Rev. Date 01/2014

**19**

**STATUS REPORT AND COMPENSATION RECEIPT**

WC7648h (1-14) Wolters Kluwer Financial Services | Uniform Forms™