# EXHIBIT 3

**Redacted Workers' Compensation Claim Denial Letter**

immediately notify the sender by reply e-mail and delete this message in its entirety.



PO Box 8317
Chicago, IL 60680-8317

June 22, 2022

**Kristina Dickson**
WC Claim Adjuster
Chicago, IL
Telephone 407-804-4947
　　　　　877-371-5121
Facsimile 877-371-5122
Email　　Kristina.Dickson@cna.com


~~Lauren Ballard~~
~~325 MIDLAND PKWY~~
~~APT 308~~
SUMMERVILLE, SC 29485-8172

| | |
|---|---|
| Claim Number: | E2G65611   J2   Location Code:  8888 |
| Policyholder: | Weston & Sampson Inc. |
| Underwriting Co: | National Fire Insurance Company Of Hartford |
| Date of Loss: | 03/31/2022 |
| State WC No: | 2207465 |
| Injured Worker: | ~~Lauren Ballard~~ |

Dear Ms. ~~Ballard~~,

CNA, dba National Fire Insurance Company of Hartford, has received notice of allegations filed on your behalf, by John Dodds.

After reviewing the case, CNA has determined this does not constitute a compensable case under the Work Comp Laws in South Carolina. There is no compensable injury, arising from an accident, in the course and scope of employment.

If you have any questions please reach out to John Dodds.

Please use our claim number when corresponding with our office.

Sincerely,

*Kristina Dickson*　　CC:　John Dodds

Kristina Dickson