# EXHIBIT 2

**Letter to Police Regarding Continued Harassment**

---------- Forwarded message ----------
From: █████████████████████████████
Date: Wed, Apr 6, 2022 at 6:21 PM
Subject: Harassment Photos from █████████████████████████
To: <gwatts@cmpd.org>

Detective Watts,

I am contacting you regarding the harassment photos from ███████████████████████ ████████████████. My case number with Charlotte Mecklenburg PD is ████████████████████████.

I have a zip file of the harassments from LinkedIn messaging, facebook, text messaging, and other forms of social media by ████████ and ████████. ███████ s two friends, ████ ████████████████████ tried contacting/requesting to be my friend on Facebook after I blocked ███████ on everything. I added pictures of their profiles and their connection ████████, which is they all work together ████████████████.

████████████████████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████ She was harassing me, making false accusations, and threatening my job at Weston and Sampson.

These are all the harassments I have received to date. Yesterday at the Victim's Advocate in Dorchester County, SC I sent an email in front of Mrs. Fisher (Victims advocate) telling ██████ to stop (picture included).

To stop future harassment, I changed my Instagram username ████████████████ I changed my name on Facebook to ████████████████████████████████████████
████████████████████████████████ I talked to an officer with PCode 6193 who was asking me about my social media accounts and I wanted to make you aware that I changed them to prevent future harassment.