IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LAUREN BALLARD,<br><br>                Plaintiff,<br><br>   v.<br><br>WESTON & SAMPSON ENGINEERS, INC, ET AL.,<br><br>                Defendants. | C/A No. 2:24-cv-01682-RMG-BM<br><br><br><br>**JOINT RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed August 16, 2024 is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed August 16, 2024 requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

[SIGNATURE PAGE ATTACHED]

Respectfully submitted,

| | |
|---|---|
| s/ *Jennifer Munter Stark* <br> Jennifer Munter Stark (Fed. I.D. #9634) <br> Email: jmunterstarklaw@gmail.com <br> Phone: (843) 972-0004 <br> Fax: (843) 972-0006 <br><br> JENNIFER MUNTER STARK, ESQUIRE, LLC <br> 210 Wingo Way #300 <br> Mt. Pleasant, South Carolina 29464 <br><br> ATTORNEY FOR PLAINTIFF <br> LAUREN BALLARD | *s/ D. Randle Moody, II* <br> D. Randle Moody, II (Fed. I.D. #7169) <br> Email: randy.moody@jacksonlewis.com <br> Laura A. Ahrens (Fed. I.D. #13396) <br> Email: laura.ahrens@jacksonlewis.com <br><br> JACKSON LEWIS P.C. <br> 15 South Main Street, Suite 700 <br> Greenville, South Carolina 29601 <br> Phone: (864) 232-2700 <br> Fax: (864) 235-1381 <br><br> ATTORNEYS FOR DEFENDANT <br> WESTON & SAMPSON ENGINEERS, INC. |
| Dated this the 13th day of September, 2024. | *s/ Deborah B. Barbier* <br> Deborah B. Barbier (Fed. I.D. #6639) <br> Email: dbb@deborahbarbier.com <br> Phone: (803) 445-1032 <br><br> DEBORAH B. BARBIER, LLC <br> 1811 Pickens Street <br> Columbia, South Carolina 29201 <br><br> ATTORNEY FOR DEFENDANT <br> JASON ROBERTS |

4889-9178-3390, v. 1