IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LAUREN BALLARD,<br><br>    Plaintiff,<br><br> v.<br><br>WESTON & SAMPSON ENGINEERS, INC, ET AL.,<br><br>    Defendants. | C/A No. 2:24-cv-01682-RMG-BM |

## **JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER**

CONSENT:

 The attached proposed Confidentiality Order is requested:

 __X__ by consent of all parties.

 ___ by consent as to some, but not all, of the terms [alternative provisions are set forth in both proposed and redlined versions].

 ___ by some, but not all, parties [requesting parties include:   [requesting parties]].

CONTENT:

 The attached proposed Confidentiality Order:

 ___ is identical to the standard form on the court's website.

 __X__ has been revised by deleting the Reading Room provision and to reflect the parties' stipulation to destroy confidential documents at the conclusion of litigation in lieu of return, but no other changes have been made (*redlined copy not required*).

 ___ is a modified version of the standard form on the court's website.  An explanation of the basis for each proposed modification is as follows:

[SIGNATURE PAGE ATTACHED]

Respectfully submitted,

| | |
|---|---|
| s/ *Jennifer Munter Stark* | s/ *D. Randle Moody, II* |
| Jennifer Munter Stark (Fed. I.D. #9634) | D. Randle Moody, II (Fed. I.D. #7169) |
| Email: jmunterstarklaw@gmail.com | Email: randy.moody@jacksonlewis.com |
| Phone: (843) 972-0004 | Laura A. Ahrens (Fed. I.D. #13396) |
| Fax: (843) 972-0006 | Email: laura.ahrens@jacksonlewis.com |

JENNIFER MUNTER STARK, ESQUIRE, LLC
210 Wingo Way #300
Mt. Pleasant, South Carolina 29464

ATTORNEY FOR PLAINTIFF
LAUREN BALLARD

JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, South Carolina 29601
Phone: (864) 232-2700
Fax: (864) 235-1381

ATTORNEYS FOR DEFENDANT
WESTON & SAMPSON ENGINEERS, INC.

s/ *Deborah B. Barbier*
Deborah B. Barbier (Fed. I.D. #6639)
Email: dbb@deborahbarbier.com
Phone: (803) 445-1032

DEBORAH B. BARBIER, LLC
1811 Pickens Street
Columbia, South Carolina 29201

ATTORNEY FOR DEFENDANT
JASON ROBERTS

Dated this the 13th day of September, 2024.

4875-5838-1534, v. 1