IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LAUREN BALLARD,<br><br>    Plaintiff,<br><br> v.<br><br>WESTON & SAMPSON ENGINEERS, INC, ET AL.,<br><br>    Defendants. | C/A No. 2:24-cv-01682-RMG-BM |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER PURSUANT TO RULE 502(d)**

  Plaintiff, Lauren Ballard ("Plaintiff"), and Defendants Weston & Sampson Engineers, Inc., and Jason Roberts ("Defendants"), by and through their respective undersigned counsel, hereby request entry of the attached proposed Rule 502(d) Protective Order pursuant to Federal Rule of Evidence 502, stating as follows:

  The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

[SIGNATURE PAGE ATTACHED]

Respectfully submitted,

| | |
|---|---|
| s/ *Jennifer Munter Stark* | *s/ D. Randle Moody, II* |
| Jennifer Munter Stark (Fed. I.D. #9634) | D. Randle Moody, II (Fed. I.D. #7169) |
| Email: jmunterstarklaw@gmail.com | Email: randy.moody@jacksonlewis.com |
| Phone: (843) 972-0004 | Laura A. Ahrens (Fed. I.D. #13396) |
| Fax: (843) 972-0006 | Email: laura.ahrens@jacksonlewis.com |

JENNIFER MUNTER STARK, ESQUIRE, LLC
210 Wingo Way #300
Mt. Pleasant, South Carolina 29464

ATTORNEY FOR PLAINTIFF
LAUREN BALLARD

JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, South Carolina 29601
Phone: (864) 232-2700
Fax: (864) 235-1381

ATTORNEYS FOR DEFENDANT
WESTON & SAMPSON ENGINEERS, INC.

 *s/ Deborah B. Barbier*
Deborah B. Barbier (Fed. I.D. #6639)
Email: dbb@deborahbarbier.com
Phone: (803) 445-1032

DEBORAH B. BARBIER, LLC
1811 Pickens Street
Columbia, South Carolina 29201

ATTORNEY FOR DEFENDANT
JASON ROBERTS

Dated this the 13th day of September, 2024.

4869-3723-1070, v. 1