IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Lauren Ballard, | ) | |
| | **)** | C/A No. 2:24-cv-1682-RMG-WSB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | **)** | |
| Weston & Sampson Engineers, Inc., | ) | |
| and Jason Roberts, individually, | ) | |
| | ) | |
| Defendants. | **)** | |
| _____ | ) | |
| Jason Roberts, | ) | |
| | **)** | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | **)** | |
| Lauren Ballard, | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| _____ | ) | |

**DEFENDANT JASON ROBERTS' MOTION TO STRIKE PLAINTIFF'S
EXPERT DISCLOSURES OR, ALTERNATIVELY, TO
COMPEL COMPLETE EXPERT DISCLOSURES**

Defendant Jason Roberts files this Motion to Strike Plaintiff's Expert Disclosures or, alternatively, to Compel Complete Expert Disclosures. Plaintiff's disclosures do not provide a summary of the facts and opinions to which these non-retained experts are expected to testify as required by Federal Rule of Civil Procedure 26(a)(2)(C). (ECF No. 75). Without the proper disclosures, Defendant is unable to assess these expert opinions and the facts relied upon by them and determine whether Plaintiff is seeking to use these non-retained experts to provide improper expert opinion testimony. The basis for this motion is set forth in the attached Memorandum in Support.

1

                                                        Respectfully submitted,

                                                       <u>s/Deborah B. Barbier</u>

                                                       Deborah B. Barbier (#6639)
                                                       DEBORAH B. BARBIER, LLC
                                                       1811 Pickens Street
                                                       Columbia, South Carolina 29201
                                                       803-445-1032
                                                       dbb@deborahbarbier.com

April 14, 2025