IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LAUREN BALLARD,<br><br>Plaintiff,<br><br>v.<br><br>WESTON & SAMPSON ENGINEERS, INC, ET AL.,<br><br>Defendants. | C/A No. 2:24-cv-01682-RMG-WBS |

**DEFENDANT WESTON & SAMPSON ENGINEERS, INC.'S
NOTICE OF FILING OF CONSENT TO JOIN**

Defendant Weston & Sampson Engineers, Inc. ("Defendant W&S"), by and through its undesigned counsel, Jackson Lewis P.C., hereby submits this Notice of Filing of Consent to Join in Defendant Jason Roberts' Motion to Strike Plaintiff's Expert Disclosures or, Alternatively, to Compel Complete Expert Disclosures. (ECF No. 83.)

Defendant W&S submits this Notice of Filing of Consent to Join because it has an interest in the Court's ruling on Defendant Roberts' Motion to Strike Plaintiff's Expert Disclosures or, Alternatively, to Compel Complete Expert Disclosures because the ruling will directly impact Defendant W&S. Specifically, Defendant W&S agrees with the arguments laid out by Defendant Roberts in the Discussion section of the Memorandum in Support of the Motion and Defendant Roberts' request includes, in part, the setting of additional deadlines resulting from the Court's ruling, to permit Defendants the opportunity to consult with experts regarding the information disclosed and make additional expert disclosures, which should and will likely apply to all Defendants. *See* ECF No. 83-1 at 8.

Respectfully submitted this 24th day of April, 2025.

By: *s/ D. Randle Moody, II*
    D. Randle Moody, II (Fed. I.D. No. 7169)
    Email: Randy.Moody@jacksonlewis.com
    Laura A. Ahrens (Fed. I.D. No. 13396)
    Email:  laura.ahrens@jacksonlewis.com

    JACKSON LEWIS P.C.
    15 South Main Street, Suite 700
    Greenville, SC 29601
    (864) 232-7000

    *ATTORNEYS FOR DEFENDANT WESTON &*
    *SAMPSON ENGINEERS, INC.*