**DESCRIPTIVE SUMMARY OF EXCLUDED MATERIAL**

- Excluded Material includes description of alleged assault
- Excluded Material includes elements of SANE examination and responses to questions during the examination which are graphic, medically and biologically detailed and specific
- Exhibit 1 is an excerpt from the SANE examination which includes Plaintiff's factual narrative of events to which witness Maillet is expected to testify, but which is graphic and contains specific details.
- Excluded prescriptions are redacted for privacy