# <u>BALLARD V. WESTON AND SAMPSON ET AL.</u>

# 24-CV-1682 RMG-WSB

# EXHIBIT

CONFIDENTIAL INFORMATION TO BE SUBMITTED TO COURT

IN CONNECTION WITH MOTION TO SEAL

INCLUDING

PLAINTIFF'S SUPPLEMENTAL RULE 26(a) (2) WITNESS DISCLOSURES AND EXHIBIT 1

<u>UNREDACTED</u>

AND

PLAINTIFF'S REDACTED

SUPPLEMENTAL RULE 26(a) (2) WITNESS DISCLOSURES AND EXHIBIT 1