IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Lauren Ballard, ) | |
| ) | C/A No. 2:24-cv-1682-RMG-WSB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Weston & Sampson Engineers, Inc., ) | |
| and Jason Roberts, individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Jason Roberts, ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Lauren Ballard, ) | |
| ) | |
| Counter-Defendant. ) | |
| ) | |

**DEFENDANT JASON ROBERTS' MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURES**

Defendant Jason Roberts files this Motion to Strike Plaintiff's Supplemental Disclosures because they do not comply with the Court's May 12, 2025 Order to provide a summary of the non-retained experts' opinions and a factual basis for those opinions as required by Federal Rule of Civil Procedure 26(a)(2)(C). (ECF No. 89 at 6-7). Accordingly, these experts should be stricken. The basis for this motion is set forth in the accompanying memorandum in support.

1

                                                  Respectfully submitted,

                                                  <u>s/Deborah B. Barbier</u>

                                                  Deborah B. Barbier (#6639)
                                                  DEBORAH B. BARBIER, LLC
                                                  1811 Pickens Street
                                                  Columbia, South Carolina 29201
                                                  803-445-1032
                                                  dbb@deborahbarbier.com

June 19, 2025