IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LAUREN BALLARD,<br><br>   PLAINTIFF,<br>v.<br><br>WESTON & SAMPSON,<br>AND JASON ROBERTS.<br><br>   DEFENDANTS.<br><br>JASON ROBERTS,<br><br>   COUNTER-PLAINTIFF,<br>v.<br><br>LAUREN BALLARD.<br><br>   COUNTER-DEFENDANT. | C/A NO. 2:24-cv-1682-RMG-KFM<br><br><br><br><br><br>**PLAINTIFF'S EXPERT DISCLOSURE PURSUANT TO RULE 26(a)(2** |

  Defendant/ Counter-Plaintiff Jason Roberts, through his attorney and pursuant to Rule 26(a)(2) and Rule 33 of the Federal Rules of Civil Procedure and the Court's Order, hereby submits his expert disclosures with the following person who Defendant/ Counter-Plaintiff expects to call as an expert witness:

  HEATHER L. HINSHELWOOD, MD, FACEP
  1403 Main Street
  Hilton Head Island, SC 29926
  (843)779-5988
  hlhmd2005@gmail.com

  Defendant/ Counter-Plaintiff Roberts certifies that written reports prepared and signed by the above individual including all information required by Fed. R. Civ. P. 26(a)(2)(B), were disclosed to Plaintiff and Defendant Weston & Sampson on July 11, 2025.

1

Defendant / Counter- Plaintiff Roberts reserves the right to call any fact witness identified by any party to provide opinion testimony at trial consistent with the testimony they provide at a deposition or in an affidavit or disclosed by a party in this case or identified in a written discovery response. Defendant / Counter- Plaintiff Roberts further reserves the right to identify any rebuttal expert to provide evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), within 30 days after the other party's disclosure.

Respectfully Submitted,

s/ Deborah B. Barbier
Deborah B. Barbier Attorney No. # 6639
Deborah B. Barbier, LLC
1811 Pickens Street
Columbia, SC 29201
Phone: (803) 445-1032
Fax: (803) 445-1036
dbb@deborahbarbier.com

ATTORNEY FOR DEFENDANT /
COUNTER-PLAINTIFF JASON
ROBERTS

July 11, 2025
Columbia, SC