IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LAUREN BALLARD,<br><br>    Plaintiff,<br><br>v.<br><br>WESTON AND SAMPSON ENGINEERS, INC AND JASON ROBERTS,<br><br>    Defendant. | Case No. 2:24-cv-01682-RMG-WSB |

### JOINT MOTION OF THE PARTIES TO AMEND THE SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 6(b) and Local Rules 6.01, and 7.01, the parties, Plaintiff Lauren Ballard ("Ballard" or "Plaintiff") and Defendants Weston & Sampson Engineers, Inc. ("Weston & Sampson") and Jason Roberts ("Roberts") (collectively, the "Parties"), by and through undersigned counsel, jointly move this Court to modify the Third Amended Scheduling Order entered in this case [ECF 90]. Specifically, the Parties request that the Court extend all remaining deadlines in the Scheduling Order by approximately ninety (90) days, as set forth below and in the attached Proposed Order, so that the Parties may complete written discovery, depositons and engage in good faith mediation pursuant to Local Rules 16.04-16.12.

In support of this Motion, the Parties state as follows:

1. Pursuant to the Third Amended Scheduling Order, the deadline to complete discovery in this case is currently October 27, 2025. The mediation cutoff date is December 1, 2025. The dispositive motion deadline is currently January 30, 2026. There is no trial date currently set.

2. The Parties state that there is good cause to extend the deadlines for this case.

3. The Parties have engaged in discovery for this matter but have met with some scheduling difficulties. The Parties have been working together over the past several months to complete written discovery without the need for involvement from the Court, and are trying to get depositions of parties, medical professionals and out of state witnesses set.

4. The Parties have further engaged in discussions to determine the most effective way to enter into mediation in accordance with Local Rules 16.04-16.12 to ensure effective mediation. The parties have agreed on a mediator and have been able to schedule mediation for October 30, 2025.

5. The Parties therefore believe that amending the Scheduling Order and upcoming deadlines in this case will provide the Parties with the necessary time to effectively prepare for mediation under Local Rules 16.04-16.12, and complete discovery if necessary.

Accordingly, the Parties respectfully request that the Court amend the Scheduling Order and extend the following dates by approximately ninety (90) days in accordance with the proposed dates set forth below:

|  | Current Deadline | Requested Deadline |
| --- | --- | --- |
| Discovery Cut-Off | October 27, 2025 | January 27, 2025 |
| Mediation Deadline | December 1, 2025 | March 1, 2026 |
| Dispositive Motion Filed By | January 30, 2025 | April 30, 2026 |

These amendments to the Scheduling Order and trial schedule are sought for good cause and not for purposes of undue delay but instead are intended to allow the Parties to engage in good faith mediation. Accordingly, the Parties jointly and respectfully request that the Court grant this Motion and amend the pre-trial deadlines and trial schedule as set forth above. A Proposed Order is attached to this Motion as Exhibit 1.

Respectfully submitted,

*s/Jennifer Munter Stark*
Jennifer Munter Stark, Esq. FID 9364
Jennifer Munter Stark, Esquire, LLC
210 Wingo Way #300
Mt. Pleasant, SC 29464
(843) 972-0004, 9843) 972-0006 (f)
jmunterstarklaw@gmail.com


Jeff Weikum, Esq. *Pro Hac Vice*
Weikum Injury Law
2000 Schafer St Suite C
Bismarck, ND 58501
(701)354-2702,  (701)400-1869
jeff@weikuminjurylaw.com
*ATTORNEYS FOR PLAINTIFF*

*s/Deborah B. Barbier*
Deborah B. Barbier (#6639)
DEBORAH B. BARBIER, LLC
1811 Pickens Street
Columbia, South Carolina 29201
803-445-1032
dbb@deborahbarbier.com
*ATTORNEY FOR DEFENDANT JASON ROBERTS*

*s/D. Randall Moody, Esq*
D. Randle Moody, II, Esq.  FID 7169
Laura A. Ahrens, Esq. FID 13396
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000
randy.moody@jacksonlewis.com
laura.ahrens@jacksonlewis.com
*ATTORNEYS FOR DEFENDANT*
*WESTON & SAMPSON ENGINEERS, INC.*

Mt. Pleasant SC
September 29, 2025