# EXHIBIT 5

**EMAILS REQUESTING MEET AND CONFER WITH DEFENDANT WESTON & SAMPSON ON DISCOVERY DEFICIENCIES**

## Sue Berlack

| | |
|---|---|
| **From:** | Sue Berlack <sue.jmunterstarklaw@gmail.com> |
| **Sent:** | Monday, August 25, 2025 12:24 PM |
| **To:** | 'Deborah Barbier'; 'Moody, D. Randle, II (Greenville)'; 'Ahrens, Laura A. (Greenville)'; 'Grubbs, Jane (Greenville)' |
| **Cc:** | jmunterstarklaw@gmail.com; 'Jeff Weikum'; 'Sarah Engel' |
| **Subject:** | DISCOVERY MATTERS Ballard v Weston & Sampson and Roberts 2:24-cv-1682-RMG-WSB |

Counsel,

Debbie Barbier contacted our office last week regarding scheduling depositions, and that September 15-19 were good dates for everyone to hold depositions. Our side has also blocked out the week of 9/29-10/3 for deposition purposes. As we relayed to Debbie, Jennifer Stark initially requested Defendant depositions in May. As we have noted in several emails since, we would like to have Jason Roberts, Weston and Sampson 30(b)(6) Colleen Manning of W&S Human Resources, Robert Horner, W&S Manager and Jerry Corr ESRI Attendee depositions taken and other witnesses who were identified and named by W & S and Plaintiff that may take less time, and can be done in a day are Dan Shinnick, Timothy Cooner, Blake Duke and Maro Viola.

Also, on July 28, 2025 we sent a discovery deficiency letter to Weston and Sampson, and have had no response. We need to set a conference on this matter to avoid the necessity of involving the Court. We suggest August 28 or August 29 for this call.

Ms. Ballard cannot be available for deposition without being able to review Weston & Sampson materials from discovery. As such we should schedule Plaintiff deposition for October, anticipating we will have resolved all discovery disputes with W&S by that time.

Thank you

Sue Berlack Sommer
Legal Assistant to Jennifer Stark, Esq.
210 Wingo Way #300
Mt. Pleasant, SC 29464
(843) 972-0004, (843) 972-0006

1

 Gmail                                                    Jennifer Munter Stark <jmunterstarklaw@gmail.com>

## Ballard Re: W & S Discovery Meet and Confer
23 messages

**Jennifer Munter Stark** <jmunterstarklaw@gmail.com>                          Mon, Sep 15, 2025 at 10:48 AM
To: "Moody, D. Randle, II (Greenville)" <randy.moody@jacksonlewis.com>, "Ahrens, Laura A. (Greenville)"
<Laura.Ahrens@jacksonlewis.com>, Deborah Barbier <dbb@deborahbarbier.com>, Jeff Weikum
<jeff@weikuminjurylaw.com>, Sarah Engel <sarah@weikuminjurylaw.com>, Susan Berlack
<sue.jmunterstarklaw@gmail.com>

Dear Randy and Laura:

I am following up on voice mail left for Randy and Laura requesting to meet and confer on outstanding discovery issues. Plaintiff has sent several emails and correspondence regarding discovery deficiencies and depositions without response. Debbie has been kind enough to try and get dates on the table but we cannot move forward without the discovery and leaving depositions open is not an option.

I am available tomorrow afternoon and Wednesday afternoon to meet and confer if you are available.

I was also advised at oral arguement on motions for summary judgment that Judge Norton has a jury coming in on October 14, 2025. Assuming that that was a signal that the case will go for jury selection (at least on some claims) that affects discovery in this matter. Please let me know your thoughts regarding an extension of time for discovery.

--
Very truly yours,

Jennifer Munter Stark, Esq.
210 Wingo Way
Suite 300
Mount Pleasant, S.C.  29464
(843) 972-0004(p)
(843) 972-0006 (f)
jmunterstarklaw@gmail.com

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail.

**Ahrens, Laura A. (Greenville)** <Laura.Ahrens@jacksonlewis.com>                Tue, Sep 16, 2025 at 1:17 PM
To: Jennifer Munter Stark <jmunterstarklaw@gmail.com>, "Moody, D. Randle, II (Greenville)"
<Randy.Moody@jacksonlewis.com>, Deborah Barbier <dbb@deborahbarbier.com>, Jeff Weikum
<jeff@weikuminjurylaw.com>, Sarah Engel <sarah@weikuminjurylaw.com>, Susan Berlack
<sue.jmunterstarklaw@gmail.com>

Hi Jen and Debbie,

What do your availabilities look like tomorrow afternoon for a meet and confer call regarding discovery? We are also open to discussing an extension during that call.