# EXHIBIT 6

**DEFENDANT WESTON & SAMSPSON SUPPLEMENTAL
DISCOVERY RESPONSES
9/15/25**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LAUREN BALLARD,<br><br>    Plaintiff,<br><br>v.<br><br>WESTON & SAMPSON ENGINEERS, INC.,<br>AND JASON ROBERTS, INDIVIDUALLY,<br><br>    Defendants. | C/A No. 2:24-cv-01682-RMG-WSB |

## DEFENDANT WESTON & SAMPSON ENGINEERS, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION

TO: **PLAINTIFF LAUREN BALLARD AND JENNIFER MUNTER STARK, HER ATTORNEY**

Pursuant to the Federal Rules of Civil Procedure Rules 26 and 34, Defendant Weston & Sampson Engineers, Inc. ("Defendant W&S"), by and through its undersigned counsel, serves these supplemental responses to the Requests for Production of Documents of Plaintiff ("Ballard"). These supplemental responses reflect Defendant W&S's present knowledge and the results of its investigation to date. Defendant W&S reserves the right to amend or supplement these responses as may be necessary or appropriate in the future.

## REQUESTS FOR PRODUCTION

1. Produce all documents which reference, reflect, or relate to the hiring, employment, wages, benefits, discipline, and separation of the employees listed below. Please include complete personnel file and payroll records. This includes files kept by Human Resources, and any employee files maintained by the chain of command including Files or Notes.

1

**RESPONSE:** **Subject to and without waiving the objections stated in Defendant W&S's Responses to Plaintiff's Requests for Production of Documents, see documents Bates labeled DEF W&S 000752 – 758.**

6. All documents and communications including emails, texts, tweets or other communications regarding attendance by any employee at the ERSI conference at issue in the litigation, including approval for Robert Horner, Jason Roberts, Jerry Corr (Coor), and Lauren Ballard to attend the same.

**RESPONSE:** **Subject to and without waiving the objections stated in Defendant W&S's Responses to Plaintiff's Requests for Production of Documents, see documents Bates labeled DEF W&S 000512, 518, 613, 778, 792 – 806, 823 – 826, 833 – 837, 840 – 841, 855 – 857, 964 – 967, 1003 – 1009.**

7. All communication between Plaintiff and Roberts during the time that they were both employed by the Defendant in 2022. Include all emails, texts, chat logs, internal communications, SLACK, phone, Microsoft Teams, Google Chat, Zoom, WhatsApp, Telegram, Signal and other similar communications.

**RESPONSE:** **Subject to and without waiving the objections stated in Defendant W&S's Responses to Plaintiff's Requests for Production of Documents, see documents Bates labeled DEF W&S_000341 – 350, 355 – 383, 485 – 489, 505 – 549, 556, 587 – 591, 593 – 607, 713 – 720, 729, 751, 760 – 778, 791, 807 – 810, 817 – 822, 827 – 834, 842 – 857, 859 – 892, 894 – 953, 956 – 963, 968 – 969, 971 – 973, 978 – 985.**

20. Produce all communication, ESI, emails or texts with Plaintiff, Defendant Roberts, Mr. Corr, Robert Horner or any other Weston & Sampson employee regarding the incidents at the conference, Plaintiff's request for accommodation or separation from employment.

**RESPONSE:** Subject to and without waiving the objections stated in Defendant W&S's Responses to Plaintiff's Requests for Production of Documents, see documents Bates labeled DEF W&S 000354, 512, 518, 612 – 617, 630, 640 – 642, 659 – 662, 734 – 739, 778, 793 – 794, 986, 992, 993, 1005 – 1006, 1009, 1014 – 1015.

22. All security footage, photographs, audio/video recordings and surveillance video taken at any time of Plaintiff or Defendant Roberts.

**RESPONSE:** Subject to and without waiving the objections stated in Defendant W&S's Responses to Plaintiff's Requests for Production of Documents, see documents Bates labeled DEF W&S 000965 – 967.

41. Produce any documents which in any way relate to your defenses in this case.

**RESPONSE:** Subject to and without waiving the objections stated in Defendant W&S's Responses to Plaintiff's Requests for Production of Documents, see documents Bates labeled DEF W&S 000341 – 1019.

By: *s/ D. Randle Moody, II*
D. Randle Moody, II (Fed. I.D. No. 7169)
Email: Randy.Moody@jacksonlewis.com
Laura A. Ahrens (Fed. I.D. No. 13396)
Email: Laura.Ahrens@jacksonlewis.com

JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000

*ATTORNEYS FOR DEFENDANT
WESTON & SAMPSON ENGINEERS, INC.*

September 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, a copy of the foregoing **DEFENDANT WESTON & SAMPSON ENGINEERS, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION** was served via e-mail upon the following:

Jennifer Munter Stark, Esq.
210 Wingo Way, Suite 300
Charleston, SC 29464
jmunterstarklaw@gmail.com

Deborah B. Barbier
Deborah B. Barbier, LLC
1811 Pickens Street
Columbia, SC 29201
dbb@deborahbarbier.com

*s/ Laura Ahrens*