IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LAUREN BALLARD,<br><br>    Plaintiff,<br><br> v.<br><br>WESTON & SAMPSON ENGINEERS, INC, ET AL.,<br><br>    Defendants. | C/A No. 2:24-cv-01682-RMG-WSB<br><br>**MOTION FOR PROTECTIVE ORDER** |

  **COMES NOW**, Defendant Weston & Sampson Engineers, Inc. and Defendant Jason Roberts and moves this Court pursuant to N.C.G.S. § 132-1.4 for a Consent Protective Order so that any information provided by the Charlotte-Mecklenburg Police Department ("CMPD") related to confidential criminal investigative materials identified by **Complaint # 20220403210000,** excluding custodial law enforcement agency recordings pursuant to N.C.G.S. § 132-1.4A, shall be used solely for the pending litigation or preparation for possible litigation, shall not be used or disclosed by counsel for any other purpose and shall not be distributed publicly. Undersigned counsel agrees that no materials produced by the CMPD pursuant to this Order shall be disseminated to any other person or party to this action without being subject to the provisions of this Order and counsel for the CMPD consents to the entry of such an Order. Undersigned counsel further agrees to reimburse the CMPD for document and electronic reproduction fees, at the rate of ten dollars and zero cents, ($10.00), which will cover the cost of the USB drive containing a copy of the investigatory file, payable upon notification that the investigatory file has been converted to the electronic format.

*s/ D. Randle Moody, II*
D. Randle Moody, II (Fed. I.D. No. 7169)
Email: Randy.Moody@jacksonlewis.com
Laura A. Ahrens (Fed. I.D. No. 13396)
Email: laura.ahrens@jacksonlewis.com

JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000

*Attorneys for Defendant Weston & Sampson Engineers, Inc.*

*s/ Deborah B. Barbier*
Deborah B. Barbier (Fed. I.D. No. 6639)
Email: dbb@deborahbarbier.com
Phone: (803) 445-1032

Deborah B. Barbier, LLC
1811 Pickens Street
Columbia, South Carolina 29201

*Attorney for Defendant Jason Roberts*