# EXHIBIT 1

2:24-cv-01682-RMG-WSB     Date Filed 01/25/26     Entry Number 122-1     Page 1 of 2

 Gmail

Jennifer Munter Stark <jmunterstarklaw@gmail.com>

## Ballard v. Weston & Sampson, et al
1 message

**Jennifer Munter Stark** <jmunterstarklaw@gmail.com>                                        Mon, May 12, 2025 at 7:01 PM
To: Deborah Barbier <dbb@deborahbarbier.com>, Susan Berlack <sue.jmunterstarklaw@gmail.com>, "Ahrens, Laura A. (Greenville)" <Laura.Ahrens@jacksonlewis.com>, "Grubbs, Jane (Greenville)" <Jane.Grubbs@jacksonlewis.com>, "Moody, D. Randle, II (Greenville)" <randy.moody@jacksonlewis.com>

Dear Counsel:

Please find attached for service discovery to Defendant Roberts on behalf of Plaintiff. Please let me know if you all would like paper copies and I would be glad to place the same in the US mail tomorrow morning.

Also attached for review is a subpoena for documents to SynTerra Corporation which we plan to send out Friday 5.16.25.

In addition I recall that June was not a good month for Randy, however I would like to see if we can get some depositions on the calendar for the end of June or the beginning of July including
the following to start with:

Mr. Roberts
30b(6) for Weston & Sampson
Colleen Manning
Robert Horner
Jerry Corr (Coor)
Other witnesses identified and named by W & S and Plaintiff that may take less time and can be done in a day Dan Shinnick, Timothy Cooner, Blake Duke and Maro Viola.

I presently have availability the last week in June and first week in July- before the 4th of July Holiday. These depositions should take one day for Mr. Roberts, and a day and half at most for the 30(b)(6), Manning, Horner and Corr.

Jen

--
Very truly yours,

Jennifer Munter Stark, Esq.
210 Wingo Way
Suite 300
Mount Pleasant, S.C.  29464
(843) 972-0004(p)
(843) 972-0006 (f)
jmunterstarklaw@gmail.com

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail.

**3 attachments**

📎 **SynTerra Subpeona Materials.pdf**
337K

📎 **Plaintiff First Requeset for Production to Roberts 5.12.25.pdf**
308K

📎 **Plaintiff's First Interrgoatories to Def Roberts 5.12.25.pdf**
341K