# EXHIBIT 2

## Sue Berlack

| | |
|---|---|
| **From:** | Sue Berlack <sue.jmunterstarklaw@gmail.com> |
| **Sent:** | Monday, August 25, 2025 12:24 PM |
| **To:** | 'Deborah Barbier'; 'Moody, D. Randle, II (Greenville)'; 'Ahrens, Laura A. (Greenville)'; 'Grubbs, Jane (Greenville)' |
| **Cc:** | jmunterstarklaw@gmail.com; 'Jeff Weikum'; 'Sarah Engel' |
| **Subject:** | DISCOVERY MATTERS Ballard v Weston & Sampson and Roberts 2:24-cv-1682-RMG-WSB |

Counsel,

Debbie Barbier contacted our office last week regarding scheduling depositions, and that September 15-19 were good dates for everyone to hold depositions. Our side has also blocked out the week of 9/29-10/3 for deposition purposes. As we relayed to Debbie, Jennifer Stark initially requested Defendant depositions in May. As we have noted in several emails since, we would like to have Jason Roberts, Weston and Sampson 30(b)(6) Colleen Manning of W&S Human Resources, Robert Horner, W&S Manager and Jerry Corr ESRI Attendee depositions taken and other witnesses who were identified and named by W & S and Plaintiff that may take less time, and can be done in a day are Dan Shinnick, Timothy Cooner, Blake Duke and Maro Viola.

Also, on July 28, 2025 we sent a discovery deficiency letter to Weston and Sampson, and have had no response. We need to set a conference on this matter to avoid the necessity of involving the Court. We suggest August 28 or August 29 for this call.

Ms. Ballard cannot be available for deposition without being able to review Weston & Sampson materials from discovery. As such we should schedule Plaintiff deposition for October, anticipating we will have resolved all discovery disputes with W&S by that time.

Thank you

Sue Berlack Sommer
Legal Assistant to Jennifer Stark, Esq.
210 Wingo Way #300
Mt. Pleasant, SC 29464
(843) 972-0004, (843) 972-0006

1