# EXHIBIT 4

Information contained in or attached to this communication is privileged, confidential and is to be read only by the intended recipient. If you are not the intended recipient of this communication, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient is strictly prohibited. If you received this communication in error, please do not read it. Please immediately reply to the sender that you have received the communication in error and then delete this communication from your computer.

**From:** Moody, D. Randle, II (Greenville) <Randy.Moody@Jacksonlewis.com>
**Sent:** Friday, November 14, 2025 9:43 AM
**To:** Jeff Weikum <jeff@weikuminjurylaw.com>; Ahrens, Laura A. (Greenville) <Laura.Ahrens@jacksonlewis.com>; Sarah Engel <sarah@weikuminjurylaw.com>; Deborah Barbier <dbb@deborahbarbier.com>
**Cc:** Jennifer Munter Stark <jmunterstarklaw@gmail.com>; Sue Berlack <sue.jmunterstarklaw@gmail.com>; Borden, Sandy (Greenville) <Sandy.Borden@jacksonlewis.com>; Valerie McDonald <valerie.mcdonald@att.net>
**Subject:** Re: Lauren Ballard v. Weston & Sampson Engineers, Inc., et al.

Thank you Jeff. As for Dec 16 my son graduates from Texas A&M on the morning of December 17 in College Station. He expects me there. Can you please check on your other dates you expressed conflicts? I only have 1 son and that day of the 16th was for travel.

Blessings,

Randy



### D. Randle Moody, II

Attorney at Law

**Jackson Lewis P.C.**

15 South Main Street
Suite 700

Greenville, SC 29601

Direct: (864) 672-8037 | Main: (864) 232-7000

Randy.Moody@Jacksonlewis.com | www.jacksonlewis.com

**From:** Jeff Weikum <jeff@weikuminjurylaw.com>
**Sent:** Friday, November 14, 2025 9:35:14 AM
**To:** Ahrens, Laura A. (Greenville) <Laura.Ahrens@jacksonlewis.com>; Sarah Engel <sarah@weikuminjurylaw.com>;

Deborah Barbier <dbb@deborahbarbier.com>
Cc: Jennifer Munter Stark <jmunterstarklaw@gmail.com>; Sue Berlack <sue.jmunterstarklaw@gmail.com>; Borden, Sandy (Greenville) <Sandy.Borden@jacksonlewis.com>; Moody, D. Randle, II (Greenville) <Randy.Moody@Jacksonlewis.com>; Valerie McDonald <valerie.mcdonald@att.net>
**Subject:** Lauren Ballard v. Weston & Sampson Engineers, Inc., et al.

Good morning, everyone –

Thank you again for taking the time to visit with me yesterday regarding this case. I appreciate it.

I wanted to send out a quick re-cap of our conversation.

Regarding the *Motion for Protective Order* (Entry Number 112) – I spoke with Jennifer, and we are going to join in the motion and will be filing that acknowledgement with the Court. Randy - you had mentioned that we may be able to expedite requested information by a joint request directly to CMPD. If you are able to facilitate that, let me know what you need from me.

Regarding Ballard's *Motion to Compel* (Entry Number 107) – I appreciate that W&S is continuing to look for various items that have been requested. We are looking for clarification as to what W&S is still attempting to gather; what W&S simply does not have or claims does not exist; and what W&S is asserting that Ballard is not entitled to, so they are not attempting to gather. It is my understanding that Randy/Laura o/b/o of W&S is going to provide a short informal response (email or otherwise) to the items identified as "Outstanding Discovery" starting on page 5 of Ballard's *Reply in Opposition to Defendant's Response to Plaintiff's Motion to Compel Discovery* (Entry Number 109). Hopefully, we can work through items and avoid a hearing on the motion.

Regarding listing of potential depositions –

Plaintiffs' list of witnesses to depose is currently the following:

- Jason Roberts
- Jerry Corr
- Robert (Bob) Horner

- 30(b)(6) – W&S
- Colleen Manning – W&S HR
- Dan Shinnick
- Timothy Cooner
- Blake Duke
- Maro Viola
- Leah Stranton
- Meghan Moody
- Kip Gearheart

I would appreciate if everyone can also provide a listing of witnesses, they are looking at deposing.

Regarding scheduling of depositions –

We discussed circulating emails to set some blocks of days for taking the depositions. It sounds like the depositions will be in-person depositions. We can start an email chain circulating dates.

Debbie inquired about setting Ballard's deposition for December 16th. I am going to see if I can clear my calendar to make that work and will check with Jennifer and let you know. We would also like to set Roberts' deposition up against whatever date is ultimately set for Ballard's deposition.

I may be missing something we spoke about so feel free to jump in and let me know.

Thank you again for your time yesterday.

Have a good weekend.

*Jeff Weikum*



**Weikum Injury Law**

UNLEASH JUSTICE

Information contained in or attached to this communication is privileged, confidential and is to be read only by the intended recipient. If you are not the intended recipient of this communication, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient is strictly prohibited. If you received this communication in error, please do not read it. Please immediately reply to the sender that you have received the communication in error and then delete this communication from your computer.

**From:** Ahrens, Laura A. (Greenville) <Laura.Ahrens@jacksonlewis.com>
**Sent:** Thursday, November 13, 2025 9:25 AM
**To:** Sarah Engel <sarah@weikuminjurylaw.com>; Deborah Barbier <dbb@deborahbarbier.com>
**Cc:** Jennifer Munter Stark <jmunterstarklaw@gmail.com>; Sue Berlack <sue.jmunterstarklaw@gmail.com>; Borden, Sandy (Greenville) <Sandy.Borden@jacksonlewis.com>; Moody, D. Randle, II (Greenville) <Randy.Moody@Jacksonlewis.com>; Jeff Weikum <jeff@weikuminjurylaw.com>; Valerie McDonald <valerie.mcdonald@att.net>
**Subject:** RE: Lauren Ballard v. Weston & Sampson Engineers, Inc., et al.

Hi Sarah,

Yes, 2pm central works for us. I'll send a Teams meeting invite now.



**Laura A. Ahrens**

Attorney at Law

**Jackson Lewis P.C.**

15 South Main Street
Suite 700

Greenville, SC 29601