# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LAUREN BALLARD,<br><br>    Plaintiff,<br><br>v.<br><br>WESTON & SAMPSON ENGINEERS, INC, ET AL.,<br><br>    Defendants. | C/A No. 2:24-cv-01682-RMG-WSB |

## JOINT STATUS REPORT

Plaintiff Lauren Ballard ("Plaintiff") and Defendant Weston & Sampson Engineers, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby submit this joint status report in accordance with the Court's November 21, 2025, Order. (ECF No. 114.) Defendant has provided all requested documents and videos, with the exception for two training videos that were recently located. Defendant's counsel is working through technology and security impediments and will provide these remaining items following additional IT assistance. The only impediment preventing Defendant from providing the two training videos is technology issues, which Defendant is working through. Defendant expects that it will be able to provide the two training videos to Plaintiff by December 31, 2025. Plaintiff and Defendant both believe that the discovery issues are resolved and/or will be fully resolved without the need for additional Court involvement.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

| | |
|---|---|
| s/ *Jennifer Munter Stark* | s/ *D. Randle Moody, II* |
| Jennifer Munter Stark (Fed. I.D. #9634) | D. Randle Moody, II (Fed. I.D. #7169) |
| Email: jmunterstarklaw@gmail.com | Email: randy.moody@jacksonlewis.com |
| Phone: (843) 972-0004 | Meyoshia S. Bethea (Fed. I.D. #13823) |
| Fax: (843) 972-0006 | Email: meyoshia.bethea@jacksonlewis.com |
| | |
| JENNIFER MUNTER STARK, ESQUIRE, LLC | JACKSON LEWIS P.C. |
| 210 Wingo Way #300 | 15 South Main Street, Suite 700 |
| Mt. Pleasant, South Carolina 29464 | Greenville, South Carolina 29601 |
| | Phone: (864) 232-2700 |
| Jeff Weikum, Esq. *Pro Hac Vice* | Fax: (864) 235-1381 |
| Email: jeff@weikuminjurylaw.com | |
| Phone: (701) 354-2702 | ATTORNEYS FOR DEFENDANT |
| Fax: (701) 400-1869 | WESTON & SAMPSON ENGINEERS, INC. |
| Weikum Injury Law | |
| 2000 Schafer St. Suite C | |
| Bismarck, ND 58501 | |
| | |
| ATTORNEYS FOR PLAINTIFF | |
| LAUREN BALLARD | |

Dated this the 12th day of December 2025.