# EXHIBIT 7

**Sue Berlack**

| | |
|---|---|
| **From:** | Deborah Barbier <dbb@deborahbarbier.com> |
| **Sent:** | Tuesday, January 06, 2026 3:09 PM |
| **To:** | Jennifer Munter Stark |
| **Cc:** | D. Randle Moody II; Meyoshia S. Bethea; Jane Grubbs; Susan Berlack; Jeff Weikum; Sarah Engel |
| **Subject:** | Re: Ballard v. W&S and Roberts 2:24-cv-1682-RMG-WSB |

Hi Jennifer- As I have stated, we don't agree to another extension of discovery- so we don't agree to the depositions after January 31. You have not received permission from the Court to schedule these. Thanks

Debbie

Sent from my iPhone

On Jan 6, 2026, at 2:49 PM, Jennifer Munter Stark <jmunterstarklaw@gmail.com> wrote:

Counsel,

Attached for service upon you as counsel for Defendants and Counter Plaintiff in the above referenced matter, please find the following notices of deposition which are also being sent to you via US Mail. Having received no response to requests for dates in previous correspondence, we are noticing the following.

January 30, 2026: 10:00 am Bob Horner; 1:00 pm Dan Shinnock
February 3, 3036: 1:00 pm Jerry Corr
February 19, 2026 10:00 am Tim Cooner; 11:00 am Blake Duke; 12:00 pm Marco Viola
February 20, 2026 10:00 am Leah Stranton; 11:00 am Meghan Moody; 12:00 pm Kip Gearhart
February 23, 2026 10:00 am Jason Roberts
February 24, 2026 10:00 am Colleen Manning; 1:00 pm W&S 30 (b)(6) representative.

We understand that some of these depositions are on dates after the scheduling order expires but given that there is still outstanding discovery due from W & S, we believe the court will allow an extension. If there are any questions or problems regarding the scheduled depositions please contact either Jeff or me.

Very truly yours,

Jennifer Munter Stark, Esq.
210 Wingo Way

Suite 300
Mount Pleasant, S.C. 29464
(843) 972-0004(p)
(843) 972-0006 (f)
jmunterstarklaw@gmail.com


This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail.
<Bob Horner NOD.pdf>
<Dan Shinnock NOD.pdf>
<Jerry Corr NOD.pdf>
<Tim Cooner NOD.pdf>
<Blake Duke NOD.pdf>
<Marco Viola NOD.pdf>
<Leah Stranton NOD.pdf>
<Meghan Moody NOD.pdf>
<Kip Gearhart NOD.pdf>
<Jason Roberts NOD.pdf>
<Colleen Manning NOD.pdf>
<W&S 30(b)(6) NOD.pdf>