# EXHIBIT 8

 Gmail

Jennifer Munter Stark <jmunterstarklaw@gmail.com>

---

## Ballard v. W & S Scheduling Matter

1 message

---

**Jennifer Munter Stark** <jmunterstarklaw@gmail.com>        Wed, Jan 21, 2026 at 3:53 PM
To: Deborah Barbier <dbb@deborahbarbier.com>, Susan Berlack <sue.jmunterstarklaw@gmail.com>, Jeff Weikum <jeff@weikuminjurylaw.com>, Sarah Engel <sarah@weikuminjurylaw.com>, "Moody, D. Randle, II (Greenville)" <randy.moody@jacksonlewis.com>, "Bethea, Meyoshia S. (Greenville)" <Meyoshia.Bethea@jacksonlewis.com>, "Grubbs, Jane (Greenville)" <Jane.Grubbs@jacksonlewis.com>

Dear Counsel:

At Ms. Ballard's deposition we briefly discussed the scheduling order. Please find attached a proposed Motion to extend deadlines as follows:

|  | Current Deadline | Requested Deadline |
|---|---|---|
| Discovery Cut-Off | January 27, 2025 | April 27, 2026 |
| Dispositive Motion Filed By | April 30, 2025 | May 27, 2026 |

Please feel free to edit or add your thoughts. Jeff and/or I are available to discuss at your convenience.

Jen
--
Very truly yours,

Jennifer Munter Stark, Esq.
210 Wingo Way
Suite 300
Mount Pleasant, S.C. 29464
(843) 972-0004(p)
(843) 972-0006 (f)
jmunterstarklaw@gmail.com

---

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail.

 **Motion to Extend SO 1.21.26 JMS.JW.docx**
26K