IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

LAUREN BALLARD,

                Plaintiff,

    v.

WESTON & SAMPSON ENGINEERS, INC, ET
AL.,

                Defendants.

C/A No. 2:24-cv-01682-RMG-WSB

## **JOINT REQUEST FOR STATUS CONFERENCE**

Plaintiff Lauren Ballard ("Plaintiff"), Defendant Jason Roberts ("Roberts"), and Defendant Weston & Sampson Engineers, Inc. ("Weston & Sampson") (collectively "the Parties"), by and through their respective undersigned counsel, hereby submit this joint request for a status conference. The Parties have been litigating this case and discovery is currently scheduled to close on April 24, 2026. The Parties believe that a resolution may be imminent in this case but there are certain outstanding issues and/or special issues that may require assistance or guidance from this Court. The Parties respectfully request a status conference with the Court to assist the Parties in resolving this matter. The Parties request a status conference as soon as possible.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

 s/ Jennifer Munter Stark
Jennifer Munter Stark (Fed. I.D. #9634)
Email: jmunterstarklaw@gmail.com

JENNIFER MUNTER STARK,
ESQUIRE, LLC
210 Wingo Way #300
Mt. Pleasant, South Carolina 29464
Phone: (843) 972-0004
Fax: (843) 972-0006

Jeff Weikum, Esq. *Pro Hac Vice*
Email: jeff@weikuminjurylaw.com

WEIKUM INJURY LAW
2000 Schafer St. Suite C
Bismarck, ND 58501
Phone: (701) 354-2702
Fax: (701) 400-1869

ATTORNEYS FOR PLAINTIFF
LAUREN BALLARD

 s/ D. Randle Moody, II
D. Randle Moody, II (Fed. I.D. #7169)
Email: randy.moody@jacksonlewis.com
Meyoshia S. Bethea  (Fed. I.D. #13823)
Email: meyoshia.bethea@jacksonlewis.com

JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, South Carolina 29601
Phone: (864) 232-2700
Fax: (864) 235-1381

ATTORNEYS FOR DEFENDANT
WESTON & SAMPSON ENGINEERS, INC.


 s/ Deborah B. Barbier
Deborah B. Barbier (Fed. I.D. #6639)
Email: dbb@deborahbarbier.com
Phone: (803) 445-1032

DEBORAH B. BARBIER, LLC
1811 Pickens Street
Columbia, South Carolina 29201

ATTORNEY FOR DEFENDANT
JASON ROBERTS

Dated this the 5th day of March 2026.