IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

LAUREN BALLARD,

        PLAINTIFF,

v.

WESTON & SAMPSON,
AND JASON ROBERTS.

        DEFENDANTS.

JASON ROBERTS,

        COUNTER-PLAINTIFF,

v.

LAUREN BALLARD.

        COUNTER-DEFENDANT.

C/A NO. 2:24-cv-1682-RMG-WSB

**CONSENT MOTION TO SUBSTITUTE PLEADINGS**

Defendant Jason Roberts by and through his undersigned attorneys, files this Consent Motion to Substitute Pleadings, pursuant to Local Civil Rule 5.06. Rule 5.06 provides that a party may seek "to redact the content of a previously filed document, or to remove it from the docket" and such motion "shall be granted only upon motion and order." Local Civ. Rule 5.06 (D.S.C.). The parties have attempted to resolve this case and in doing so have agreed that, due to the private and sensitive nature of the allegations made in this action, certain redactions are warranted. (Exhibits 1 through 8 – Proposed Redacted Pleadings). Plaintiff Lauren Ballard and Defendant Weston & Sampson Engineers, Inc., have all consented to this motion.

Respectfully submitted,


s/Deborah B. Barbier
Deborah B. Barbier (#6639)
DEBORAH B. BARBIER, LLC
1811 Pickens Street
Columbia, South Carolina 29201
803-445-1032
dbb@deborahbarbier.com


WE CONSENT:


**FOR THE PLAINTIFF:**

s/ Jennifer Munter Stark
Jennifer Munter Stark, Esq.
210 Wingo Way
Suite 300
Mount Pleasant, S.C.  29464
(843) 972-0004(p)
(843) 972-0006 (f)
jmunterstarklaw@gmail.com

Jeff Weikum, Esq.
Weikum Injury Law
2000 Schafer St Suite C
Bismarck, ND 58501
Phone: (701) 354-0124
jeff@weikuminjurylaw.com

**FOR THE DEFENDANT WESTON & SAMPSON:**

s/Randall Moody
Randall Moody, Esq.
Jackson Lewis, PC
15 South Main Street, Suite 700
Greenville, SC 29601
803-232-7000
Randy.moody@jacksonlewis.com

Columbia, SC
March 19, 2026

2