IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

LAUREN BALLARD,

       PLAINTIFF,

v.

WESTON & SAMPSON,
AND JASON ROBERTS.

       DEFENDANTS.

JASON ROBERTS,

       COUNTER-PLAINTIFF,

v.

LAUREN BALLARD.

       COUNTER-DEFENDANT.

C/A NO. 2:24-cv-1682-RMG-WSB

**STIPULATION OF DISMISSAL
PURSUANT TO FRCP 41(A)**

Plaintiff / Counter Defendant Lauren Ballard and Defendant / Counter Plaintiff Jason Roberts hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, counter- claims, and causes of action, between the above parties, with each party bearing that party's own attorney's fees and costs.

**THE REST OF THIS PAGE INTENTIONALLY LEFT BLANK**

1

Respectfully  submitted,

**FOR THE DEFENDANT / COUNTER PLAINTIFF JASON ROBERTS:**

s/Deborah B. Barbier
Deborah B. Barbier (#6639)
DEBORAH B. BARBIER, LLC
1811 Pickens Street
Columbia, South Carolina 29201
803-445-1032
dbb@deborahbarbier.com

**FOR THE PLAINTIFF / COUNTER DEFENDANT LAUREN BALLARD:**

s/ Jennifer Munter Stark
Jennifer Munter Stark, Esq.
210 Wingo Way
Suite 300
Mount Pleasant, S.C.  29464
(843) 972-0004(p)
(843) 972-0006 (f)
jmunterstarklaw@gmail.com

Jeff Weikum, Esq.
Weikum Injury Law
2000 Schafer St Suite C
Bismarck, ND 58501
Phone: (701) 354-0124
jeff@weikuminjurylaw.com

Columbia, SC
April 1, 2026